UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
    *Plaintiff/Respondent*, )
)
v. ) No. 3:10-cv-13
)
RALPH T. O'NEAL III )
)
    *Defendant/Petitioner*. )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court thus **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

                                              s/ Thomas W. Phillips
                                            United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT